UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAUDE COULON JUMONVILLE, GARY WAYNE JEWELL, and MICHAEL KEITH BERGERON | * | CIVIL ACTION NO. 3:18-CV-00741 |
| | * | JUDGE SHELLY D. DICK |
| VERSUS | * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| APACHE CORPORATION, BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INC., BURLINGTON RESOURCES OIL & GAS, LP, CANYON ENERGY PARTNERS, LTD., CHAPARRAL ENERGY, LLC, CONOCOPHILLIPS COMPANY, CROSSTEX LIG, LLC, DOMINION OKLAHOMA TEXAS EXPLORATION & PRODUCTION, INC., MURPHY EXPLORATION & PRODUCTION COMPANY – USA, MURPHY OIL USA, INC., SUNSET PETROLEUM, INC., VALERO ENERGY CORPORATION, and WAGNER & BROWN, LTD | * | |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Joint Motion and Incorporated Memorandum to Approve Settlement Pursuant to La. R.S. 30:29;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss and for Final Judgment be granted.

**IT IS HEREBY FURTHER ORDERED THAT** all of Plaintiff's claims made against or which could have been made against Murphy be and hereby are dismissed with prejudice, with each party to pay its own costs.

Shelly D. Dick

**DISTRICT JUDGE**